**Order entered October 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01118-CV

## LV HIGHLAND CREDIT FEEDER FUND LLC, ET AL., Appellants

## V.

## HIGHLAND CREDIT STRATEGIES FUND, LP, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-08521**

## ORDER

Before the Court are the October 2, 2013 unopposed motions of nonresident attorneys Geoffrey C. Jarvis, Matthew P. Morris, and Jonathan M. Kass for admission *pro hac vice*. We **GRANT** the motions. We **DIRECT** the Clerk of this Court to add Geoffrey C. Jarvis, Matthew P. Morris, and Jonathan M. Kass as counsel *pro hac vice*.

/Ada Brown/
ADA BROWN
JUSTICE